GUAINA CORP. OF AMERICA, PLAINTIFF *v.* UNITED STATES, DEFENDANT

Court No. 86–09–01110, etc.

(Dated December 28, 1989)

*Errol Blank* for plaintiff.

*Stuart M. Gerson,* Assistant Attorney General, *Joseph I. Liebman,* Attorney in Charge, International Trade Field Office, *(John J. Mahon),* Civil Division, United States Department of Justice for defendant.

### OPINION

RESTANI, *Judge:* These applications for fees are based on the same facts as are discussed in *Bergen Hudson Roofing Co.* v. *United States,* Slip Op. 89–176, December 28, 1989. The only distinguishing feature is that the underlying cases were filed in 1986 and 1988 so that none of them were ever suspended under *V.G. Nahrgang Co. S/A Anthony Paglialungo* v. *United States,* 6 CIT 85, *reh. den.,* CIT 210 (1983). The records of the cases are even more sparse than the records in the *Bergen Hudson* cases. As with *Bergen Hudson* no active litigation occurred in these matters.

The record indicates the parties did not consider the law settled in this complicated area until *Elbe Products Corp.* v. *United States,* 846 F.2d 743 (Fed. Cir. 1988) was decided. The litigation was concluded by stipulated judgment a reasonable length of time thereafter.

The reader is referred to *Bergen Hudson* for a fuller explanation of the court's decision. The application for fees under 28 U.S.C. § 2412(d) (1982 & Supp. V 1987) is denied.